UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV 24  A 10: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

BRIAN DONAHUE,

Plaintiff,

v.

SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")

Defendant.

CIVIL ACTION NO.: 03-40264 -NMG

## SOCIÉTÉ AIR FRANCE'S FED. R. CIV. P 7.1 AND LOCAL RULE 7.3 CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Société Air France hereby certifies as follows:

Société Air France is not a subsidiary of any other corporation nor is ten percent (10%) or more of its stock owned by a public corporation.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Peter F. Winters. (BBO No.: 555698)
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300
Attorneys for Defendant, Société Air France

DATED: November 24, 2003

35011713.1

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to the plaintiff's counsel Bruce Skrine, 628 Lewis Wharf, Boston, MA 02110.

Peter F. Winters, Esq.