UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 NOV 26  P 12: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

BRIAN DONAHUE

    Plaintiff,

v.

SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")

    Defendant.

CIVIL ACTION NO.: 03-40264

## CERTIFICATE OF NOTICE OF FILING

The undersigned certifies that, on November 24, 2003, a copy of the Notice of Removal of this action, without attachments, was filed with the clerk of the Fitchburg District Court, Worcester County in the Commonwealth of Massachusetts, and that on November 24, 2003 the Notice of Removal, together with copies of all attachments, was provided to Plaintiff in this case by service of the same on his counsel of record.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

_____
Peter F. Winters. (BBO No.: 555698)
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300
Attorneys for Defendant, Société Air France

DATED: November 25, 2003

35011759.1

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 25, 2003, to the plaintiff's counsel Bruce Skrine, 628 Lewis Wharf, Boston, MA 02110.

_____
Peter F. Winters, Esq.