UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2003 DEC 17 P 12: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KATHERINE WAGNER </br></br> Plaintiff, </br></br> v. </br></br> SOCIÉTÉ AIR FRANCE (improperly designated as "Air France") </br></br> Defendant. | CIVIL ACTION NO.: 03-40260 |

and

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORMAN WAGNER </br></br> Plaintiff, </br></br> v. </br></br> SOCIÉTÉ AIR FRANCE (improperly designated as "Air France") </br></br> Defendant. | CIVIL ACTION NO.: 03-40261 |

and

35012055.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSICA WAGNER<br><br>    Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>    Defendant. | CIVIL ACTION NO.: 03-40262 |

and

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAKE WAGNER<br><br>    Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>    Defendant. | CIVIL ACTION NO.: 03-40263 |

and

35012055.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN DONAHUE<br><br>    Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>    Defendant. | CIVIL ACTION NO.: 03-40264 |

and

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN WALSH<br><br>    Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>    Defendant. | CIVIL ACTION NO.: 03-40265 |

## MOTION TO CONSOLIDATE CASES PURSUANT TO RULE 42

Now comes Société Air France (Air France) and hereby moves this Honorable Court in the above-captioned matters to consolidate these six cases with one another. As grounds therefore, Air France states the following:

35012055.1

1. All of these actions arise out of a claim for damages from circumstances that occurred on July 19, 2003.

2. Air France is the sole defendant in each of the six matters.

3. The factual and legal issues appear to be the same for all cases, as the claims made by each plaintiff are identical to one another and relate to the same occurrence.

Air France asks that the consolidated cases be specially assigned to one District Court Judge. Also, Air France asks that any party filing a pleading should use the appropriate heading, but note in the heading that the matter has been consolidated with the other matters.

WHEREFORE, these actions involve common questions of law and fact, and the consolidation of them would be in the interest of judicial economy, Air France asks that pursuant to Fed. R. Civ. P. 42 to have these cases consolidated.

Respectfully submitted,
SOCIÉTÉ AIR FRANCE,
By its attorney,

Peter F. Winters. (BBO No.: 555698)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300

DATED: December 16, 2003

35012055.1

## CERTIFICATE OF SERVICE

      I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on December 16, 2003, to counsel for each of the plaintiffs, Bruce Skrine, 628 Lewis Wharf, Boston, MA 02110.

                                        Peter F. Winters, Esq.

35012055.1